**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6944

M. RODNEY E. JONES,

Plaintiff - Appellant,

versus

MARK SANFORD, SC Governor; JON OZMINT,
Director SCDC Prisons; CAPTAIN BUSH, McCormick
Correctional Institution; SCOTT LEWIS, Major,
McCormick Correctional Institution; COLIE
RUSHTON, Warden; LEROY CARTLEDGE, Associate
Warden, McCormick Correctional Institution,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia. Margaret B. Seymour, District Judge.
(3:05-cv-02664-MBS)

Submitted: November 30, 2006      Decided: December 18, 2006

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

M. Rodney E. Jones, Appellant Pro Se.  Daniel Roy Settana, Jr.,
MCKAY, CAUTHEN, SETTANA & STUBLEY, P.A., Columbia, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

M. Rodney E. Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(g) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jones v. Sanford</u>, No. 3:05-cv-02664-MBS (D.S.C. May 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>